FILED

DEC - 5 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   17MJ9191

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL MONTES-BOJORQUEZ,<br><br>Defendant. | Case No. 17CR4105-WQH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a)-<br>Removed Alien Found in the<br>United States (Felony) |
|---|---|

The United States Attorney charges:

On or about November 16, 2017, within the Southern District of California, defendant JUAN MANUEL MONTES-BOJORQUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 12/5/17.

ADAM L. BRAVERMAN
United States Attorney

MARIO J. PEÑA
Assistant U.S. Attorney

MJPE:kot:12/4/17