**FILED**

Dec 19 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ ericas  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR4105 |
|---|---|
| Plaintiff, | I N F O R M A T I O N<br>**Superseding** |
| v. | Title 8, U.S.C., Sec. 1325 - Improper Entry by an Alien (Misdemeanor) |
| JUAN MANUEL MONTES-BOJORQUEZ, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about November 6, 2017, within the Southern District of California, defendant JUAN MANUEL MONTES-BOJORQUEZ, being an alien, unlawfully entered at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325, a misdemeanor.

ADAM L. BRAVERMAN
United States Attorney

MARIO J. PEIA
Assistant U.S. Attorney

MJPE:kot:12/7/17